UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL A. HOLLON,  )  )  Plaintiff,  )  vs.  )  )  PRISON HEALTH SERVICES, et al.,  )  )  Defendants.  ) | 1:04-cv-1264-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that judgment is entered for the defendants and against the plaintiff and that the plaintiff take nothing by his complaint.

Date: 10/26/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael A. Hollon, DOC #8210, Pendleton Correctional Facility, P.O. Box 30,
    Pendleton, IN  46064
Roger Kanne, ZEIGLER COHEN & KOCH, rkanne@zcklaw.com
Andrew Ryzard Bloch, ZEIGLER COHEN & KOCH, abloch@zcklaw.com
Thomas D. Quigley, INDIANA STATE ATTORNEY GENERAL, tquigley@atg.state.in.us